IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 6:13-cv-807 |
| SMARTPHONE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 6:14-cv-803 |

**STIPULATION OF DISMISSAL**

SmartPhone Technologies LLC ("SmartPhone") and Defendants ASUSTeK Computer Inc. and ASUS Computer International (together, "ASUS") stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal with prejudice of all claims by SmartPhone against ASUS asserted in the above-entitled and numbered causes. ASUS has not asserted any counterclaims. Each party shall bear its own costs and attorneys' fees. A proposed order is attached as Exhibit A.

**Dated:** December 16, 2014                     Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson, III*<br>Edward R. Nelson, III | */s/ Otis W. Carroll*<br>Otis W. Carroll, Attorney-in-Charge |

| | |
|---|---|
| enelson@nbclaw.net<br>Texas State Bar No. 00797142<br>Christie B. Lindsey<br>clindsey@nbclaw.net<br>Texas State Bar No. 24041918<br>S. Brannon Latimer<br>blatimer@nbclaw.net<br>Texas State Bar No. 24060137<br>NELSON BUMGARDNER CASTO, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone:  (817) 377-9111<br>Fax:  (817) 377-3485<br><br>Anthony G. Simon<br>asimon@simonlawpc.com<br>Michael P. Kella<br>mkella@simonlawpc.com<br>THE SIMON LAW FIRM<br>800 Market Street, Suite 1700<br>St. Louis, MO 63101<br>Phone: (314) 241-2929<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>jw@wsfirm.com<br>wh@wsfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF** | State Bar No. 03895700<br>Deborah Race<br>State Bar No. 16448700<br>IRELAND, CARROLL & KELLEY, P.C.<br>6101 South Broadway, Suite 500<br>Tyler, TX 75703<br>Telephone: 903-561-1600<br>Facsimile: 903-581-1071<br>nancy@icklaw.com<br>drace@icklaw.com<br><br>Ronald S. Lemieux<br>Vid R. Bhakar<br>CA Bar No. 120822<br>Singularity LLP<br>275 Shoreline Drive, Suite 520<br>Redwood Shores, CA 94065<br>Telephone: (650) 720-4650<br>Facsimile: (650) 720-4662<br>rlemieux@ipsingularity.com<br>vbhakar@ipsingularity.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 16th day of December, 2014.  As of this date, all counsel of record who have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Edward R. Nelson, III*