IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SMARTPHONE TECHNOLOGIES LLC** | § | |
| | § | |
| v. | § | CASE NO. 6:13cv807-JDL |
| | § | |
| **ASUSTEK COMPUTER INC., ET AL.** | § | |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiff SmartPhone Technologies LLC, filed suit against ASUSTeK Computer, Inc. and ASUS Computer International on October 23, 2013. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

 **So ORDERED and SIGNED this 17th day of December, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE